No. 72–586.   CADY, WARDEN v. DOMBROWSKI.   C. A. 7th Cir.   Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–6670.   RICHBURG v. LEEKE, CORRECTIONS DIRECTOR.   C. A. 4th Cir.   Certiorari denied.

No. 71–6926.   SPLINTER v. HANRAHAN, STATE'S ATTORNEY OF COOK COUNTY.   Sup. Ct. Ill.   Certiorari denied.

No. 72–220.   PHELPS DODGE CORP. v. AFL–CIO JOINT NEGOTIATING COMMITTEE FOR PHELPS DODGE ET AL.; and

No. 72–359.   NATIONAL LABOR RELATIONS BOARD v. AFL–CIO JOINT NEGOTIATING COMMITTEE FOR PHELPS DODGE ET AL.   C. A. 3d Cir.   Certiorari denied. Reported below: 470 F. 2d 722.

No. 72–317.   GOMEZ v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 72–332.   FIOCCONI ET AL. v. ATTORNEY GENERAL OF THE UNITED STATES ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 72–491.   BRACH v. UNITED STATES; and

No. 72–492.   FRIED v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.   Reported below: 464 F. 2d 983.

No. 72–503.   HARRIS TRUST & SAVINGS BANK ET AL. v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 72–522.   ROGERS ET AL. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.   C. A. 5th Cir.   Certiorari denied.